Jon B. Fougner (State Bar No. 314097)
Email: jon@fougnerlaw.com
600 California Street, 11th Fl.
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

*One of the Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDWATER BANK, N.A. a/k/a "GOLDWATER BANK, N.A. INC." a/k/a "GOLDWATER BANK, N.A. INCORPORATED,"<br><br>Defendant. | Case No. 2:19-cv-00164-DSF-JC<br><br>DECLARATION OF JON B. FOUGNER IN SUPPORT OF MOTION TO COMPEL DEFENDANT'S ATTENDANCE AT RULE 26(F) CONFERENCE<br><br>DISCOVERY MATTER<br><br>**Date**: April 16, 2019<br>**Time**: 9:30 a.m.<br>**Judge**: Hon. Jacqueline Chooljian<br>**Location**: 255 E. Temple St., Los Angeles, CA 90012, Courtroom 750, 7th Fl.<br><br>**Complaint Filed**: January 8, 2019<br>**Discovery Cutoff**: Not Set<br>**Pretrial Conference**: Not Set<br>**Trial**: Not Set |

I, Jon B. Fougner, declare under penalty of perjury:

1. I am over 18 years of age.

2. I am co-counsel to the plaintiff in this action.

3. I make this declaration from personal knowledge. If called to testify about it, I would do so competently.

4. The references herein to actions by the parties generally refer to actions by counsel on the respective party's behalf.

5. On February 10, 2019, Defendant proposed in writing February 19 for the conference mandated by Federal Rule of Civil Procedure 26(f).

6. On February 10, Plaintiff agreed in writing to Defendant's proposal.

7. On February 19, Defendant refused to attend or reschedule the conference.

8. On February 21, Plaintiff sent Defendant an email regarding Defendant's refusal with the subject line "Fabricant v. Goldwater Bank - L.R. 37-1 Letter re 26(f) Conference."

9. The email attached a PDF entitled "2019_02_21 L.R. 37-1 Letter to S. Wagner re 26(f) Conference."

10. On February 27, Defendant replied, offering March 1 to meet and confer.

11. On March 1, the parties met and conferred.

12. On March 4, Plaintiff sent Defendant Plaintiff's portion of a joint stipulation regarding Defendant's refusal to participate in a Rule 26(f) conference.

13. On March 8, Defendant replied, now contending that Local "Rule 37-1 is not applicable to a motion to compel attendance at a pre-trial conference" and declining to participate in the joint stipulation.

14. I never received Defendant's portion of the joint stipulation.

I declare under penalty of perjury, as provided by the laws of the United

DECL. JON B. FOUGNER SUPP. MOT. COMPEL ATTENDANCE
*Fabricant v. Goldwater Bank, N.A.*, Case No. 2:19-cv-00164-DSF-JC

States, 28 U.S.C. § 1746, that the foregoing is true and correct and that this declaration was executed on March 12, 2019.

By: s/ Jon Fougner
E-mail: Jon@FougnerLaw.com