# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>GOLDWATER BANK, N.A.,<br>　　　Defendant. | CV 19-164 DSF (JCx)<br><br>Order re Motion to Compel Defendant's Attendance at Rule 26(f) Conference (Dkt. No. 23) |

　　The Court declines to rule on Plaintiff's Motion to Compel Defendant's Attendance at Rule 26(f) Conference. The Motion was improperly set before the magistrate judge. Counsel are ordered to act like the professionals they are and not waste this overburdened Court's time with petty squabbles. Failure of any counsel to comply with this Court's orders or the Central District's Local Rules will result in sanctions.

　　IT IS SO ORDERED.

Date:　March 26, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge