# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br>    Plaintiff,<br><br>          v.<br><br>GOLDWATER BANK, N.A.,<br>    Defendant. | CV 19-164 DSF (JCx)<br><br>Order DENYING Motion to Dismiss (Dkt. No. 15) |

    Defendant has moved to dismiss Plaintiff's Telephone Consumer Protection Act claims. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for April 1, 2019 is removed from the Court's calendar.

    The issues raised by the motion to dismiss – variants on whether Plaintiff asked to be contacted – are factual ones not pleaded in the complaint and cannot be resolved on a motion to dismiss. To the degree that the motion raises a factual challenge to Plaintiff's standing, the issues appear to be identical to what is likely to be the central disputed element of Plaintiff's action – whether he was contacted without his prior consent.[1] Resolution

---

[1] The elements of Plaintiff's TCPA claim are "(1) the defendant called a cellular telephone number; (2) using an automatic telephone dialing system; (3) without the recipient's prior express consent." Los Angeles Lakers, Inc. v. Fed. Ins. Co., 869 F.3d 795, 804 (9th Cir. 2017). The Court infers from the

of this question is not appropriate at this stage because "the jurisdictional issue and substantive issues are so intertwined that the question of jurisdiction is dependent on the resolution of factual issues going to the merits of an action." <u>Safe Air for Everyone v. Meyer</u>, 373 F.3d 1035, 1039 (9th Cir. 2004).

The motion is DENIED.

IT IS SO ORDERED.

Date: March 25, 2019

Dale S. Fischer
United States District Judge

---

briefing that Defendant does not contest the first element and possibly does not contest the second.

2