**SEAN C. WAGNER**
Sean.Wagner@wagnerhicks.law
**WAGNER HICKS PLLC**
831 East Morehead Street, Suite 650
Charlotte NC 28202
Tel: (704) 705-7538; Fax: (704) 705-7787
Attorneys for Defendant,
**GOLDWATER BANK, N.A.**

**MARIE MAURICE (S.B.N.: 258069)**
mmaurice@imwlaw.com
**JACK F. ALTURA (S.B.N.: 297314)**
jaltura@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, Suite 1800
Los Angeles, CA  90017-2919
Tel: (213) 489-0028; Fax (213) 489-0552

Local Counsel for Defendant,
**GOLDWATER BANK, N.A.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually,<br><br>  *Plaintiff,*<br><br>vs.<br><br>GOLDWATER BANK, N.A.,<br><br>  *Defendant.* | Case No. 2:19-cv-00164-DSF-JC<br><br>**DECLARATION OF JACK F. ALTURA IN SUPPORT OF DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO SERVE RESPONSES PLAINTIFF'S DISCOVERY REQUESTS** |

## DECLARATION OF JACK F. ALTURA

I, Jack F. Altura, declare as follows:

1. I am an attorney licensed to practice law in the state of California and before this Court. I am an associate at Ivie, McNeill & Wyatt, local counsel for Defendant Goldwater Bank, N.A. in this case.

2. If called upon to testify, I could and would testify to the following facts based upon my personal knowledge.

3. On July 18, 2019, Sean Wagner for Goldwater Bank emailed Plaintiff's counsel Jon Fougner requesting an extension until August 12, 2019 to serve responses to Plaintiff's discovery requests currently due July 22, 2019. I was cc'ed on that email. A true and correct copy of that email is attached as **Exhibit A**.

4. Later that day, Mr. Wagner emailed Mr. Fougner requesting a meet and confer for July 19, 2019 on the discovery extension request. **Exhibit A**.

5. Late that evening, Mr. Fougner emailed Mr. Wagner and me stating that he was not available to meet and confer. Mr. Fougner did not respond to Mr. Wagner's request for a discovery extension. **Exhibit A**.

6. On July 19, 2019 at about 9:23 a.m., I called Plaintiff's counsel, Jon B. Fougner, at the number listed on his complaint, (415) 577-5829, in order to give him notice of Goldwater Bank's *ex parte* application for an order extending time for Goldwater Bank to serve discovery responses until August 12, 2019. The line rang for about 45 seconds before going to a busy signal; it never went to voicemail.

7. Shortly thereafter, I emailed Mr. Fougner and gave him *ex parte* notice that Goldwater Bank would apply today for an order extending time to serve discovery responses; I informed Mr. Fougner that the basis for the *ex parte* was that the Court's Orders dismissing Best Rate and striking the class allegations dramatically altered the case's landscape, and that therefore Goldwater Bank requires additional time to reconsider and redraft its responses to Plaintiff's nearly 100 discovery requests; I also informed Mr. Fougner that Plaintiff's opposition to the *ex parte* is due 24 hours (or one court day) following service of the ex *parte*; I asked whether Mr. Fougner would oppose the *ex parte*; finally, I asked whether, instead of Goldwater Bank filing this *ex parte*, Plaintiff would grant the requested extension. A true and correct copy of that email is attached as **Exhibit B**.

8. As the filing of this *ex parte* application, neither Mr. Fougner nor any of the three other co-counsel for Plaintiff have responded to my request.

9. Plaintiff's Request for Production (set one) and Interrogatories (set one) include nearly 100 requests (including subparts) and span nearly 25 pages. A true and correct copy of Plaintiff's discovery requests at issue is attached as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  This Declaration was executed on July 19, 2019 in Los Angeles, California

/s/ Jack F. Altura
Jack F. Altura, Declarant
