| | |
|---|---|
| **From:** | Jon Fougner |
| **To:** | Sean Wagner |
| **Cc:** | Andrew Heidarpour; Anthony Paronich; Ben Hicks; Frank Martin; Jack F. Altura; Robert Stempler |
| **Subject:** | Re: Fabricant v. Goldwater Bank - Responses to Plaintiffs Discovery |
| **Date:** | Thursday, July 18, 2019 9:30:15 PM |

**[EXTERNAL EMAIL]**

Sean:

I am not available to meet and confer tomorrow.

Jon

On Thu, Jul 18, 2019 at 1:20 PM Sean Wagner <sean.wagner@wagnerhicks.law> wrote:

> Jon –
>
> Just following up on this e-mail in light of the upcoming deadline. If plaintiff is not agreeable to an extension, please let me know when you are available to meet and confer tomorrow. We are currently available at 9 a.m. (PT) and 1 p.m. (PT).
>
> Thanks.
>
> -Sean
>
> **Sean C. Wagner**
>
> **Wagner Hicks PLLC**
>
> **704.705.7358**
>
> sean.wagner@wagnerhicks.law
>
> ---
>
> **From:** Sean Wagner
> **Sent:** Thursday, July 18, 2019 8:30 AM
> **To:** 'Jon Fougner' <jon@fougnerlaw.com>
> **Cc:** 'Jack F. Altura' <jaltura@imwlaw.com>; Ben Hicks <ben.hicks@wagnerhicks.law>; Frank Martin <frank.martin@wagnerhicks.law>
> **Subject:** Fabricant v. Goldwater Bank - Responses to Plaintiffs Discovery

Jon –

I hope you are doing well. I am writing to see if Plaintiff is agreeable to a three-week extension of the deadline for Defendant Goldwater Bank's discovery responses, which are currently due this coming Monday, July 22, 2019. As you know, the scope of this case has changed dramatically in the last two days, and Goldwater Bank needs additional time to re-calibrate its discovery responses to reflect the current status of the case. The new deadline would be August 12, 2019.

Please let us know if Plaintiff is agreeable to this extension.

Thanks.

-Sean



**Sean C. Wagner**

Attorney at Law

e: sean.wagner@wagnerhicks.law

p: 704.705.7358

Wagner Hicks PLLC

831 E. Morehead Street, Suite 650

Charlotte, NC 28202

https://www.wagnerhicks.law

--
Jon B. Fougner, Esq.
600 California St., 11th Fl. | San Francisco, CA 94108
(415) 577-5829 | Jon@FougnerLaw.com

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), please do not disseminate or copy it. Instead, please immediately notify the sender

and delete it.

**[EXTERNAL EMAIL]**
This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.