| | |
|---|---|
| **From:** | Jack F. Altura |
| **To:** | "Jon Fougner" |
| **Cc:** | Sean Wagner; Anthony Paronich; Robert Stempler; Andrew Heidarpour |
| **Subject:** | RE: Notice of Defendant Goldwater Bank"s ex parte application for an extension of time to respond to discovery |
| **Date:** | Friday, July 19, 2019 9:44:20 AM |

Jon and co-counsel:

I'm asking once again for the extension requested below.  Please advise.

Best,

Jack

---

**From:** Jon Fougner [mailto:jon@fougnerlaw.com]
**Sent:** Friday, July 19, 2019 9:41 AM
**To:** Jack F. Altura
**Cc:** Sean Wagner; Anthony Paronich; Robert Stempler; Andrew Heidarpour
**Subject:** Re: Notice of Defendant Goldwater Bank's ex parte application for an extension of time to respond to discovery

**[EXTERNAL EMAIL]**

Jack and Sean:

When you email me, please cc my co-counsel (cc'ed).

Jon

On Fri, Jul 19, 2019 at 9:35 AM Jack F. Altura <JAltura@imwlaw.com> wrote:

> Good morning, Jon.
>
> I just tried calling you at (415) 577-5829, the telephone number you listed on Plaintiff's Complaint and Opposition to the Motion to Strike.  After ringing for about 45 seconds, I got a busy signal.  The call never went to voicemail.
>
> In any event, the purpose of this email is to give you notice that Goldwater Bank will be applying on an *ex parte* basis for an order extending the time to respond to your discovery requests.  Goldwater Bank will be applying on the ground that the Court's orders dismissing Best Rate and striking the class allegations has dramatically altered the landscape of the case; and that Goldwater Bank needs a modest extension of about 4 weeks (until August 12, 2019) to modify its responses to your nearly 100 discovery requests (including subparts).
>
> Please be advised that Judge Fischer requires any opposition papers to be filed no later than 24 hours (or one court day) following service of the *ex parte* application.
>
> At your earliest convenience, please advise whether you intend to oppose.
>
> Alternatively, I would like to renew Sean's request for an extension until August 12, 2019.  We would greatly appreciate your professional courtesy in granting this request.

Kind regards,



**Jack F. Altura | Attorney**
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA  90071
Phone: (213) 489-0028| Fax: (213) 489-0552
e-mail: jaltura@imwlaw.com | www.imwlaw.com
*"A Tradition of Excellence in Legal Services"*

--
Jon B. Fougner, Esq.
600 California St., 11th Fl. | San Francisco, CA 94108
(415) 577-5829 | Jon@FougnerLaw.com

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), please do not disseminate or copy it. Instead, please immediately notify the sender and delete it.

**[EXTERNAL EMAIL]**
This email originated from outside of your organization. Do not click links or open attachments in this email unless you identify the email sender as a valid external sender and have a high degree of confidence that the email's content is safe. If you instead identify the email sender as an internal sender, but the email has been tagged as being from an external sender, DO NOT TAKE ANY ACTION on this email and notify IT support immediately; this is likely a spear phishing attack.