# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-164 DSF(JCx) | Date | July 22, 2019 |
|---|---|---|---|
| Title | Terry Fabricant v. Goldwater Bank, N.A. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none | none |

**Proceedings:**   (IN CHAMBERS)

### ORDER GRANTING DEFENDANT GOLDWATER BANK'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS (DOCKET NO. 50)

The Court has received and considered Defendant Goldwater Bank's Ex Parte Application for an Extension of Time to Serve Responses to Plaintiff's Discovery Requests and supporting documents ("Ex Parte Application") and Plaintiff's Opposition to the Ex Parte Application and supporting documents.

The Court declines to address the criticism leveled by counsel against one another and echoes the District Judge's direction that counsel "act like the professionals they are and not waste this overburdened Court's time with petty squabbles." (Docket No. 24). As to the merits of the parties' contentions, suffice to say that particularly since the Scheduling Conference is set for July 29, 2019 and no discovery deadlines have yet been set, the Court sees no prejudice to Plaintiff if Defendant is granted until August 12, 2019 to serve its responses to Plaintiff's Requests for Production (set one) and Interrogatories (set one). Accordingly, the Ex Parte Application is granted. Defendant's deadline to serve its responses to Plaintiff's Requests for Production (set one) and Interrogatories (set one) is extended to August 12, 2019.

IT IS SO ORDERED.