```
 1                 UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4        THE HONORABLE DALE S. FISCHER, JUDGE PRESIDING

 5

 6   TERRY FABRICANT,                  )
                                       )
 7                   Plaintiff,        )
                                       )
 8                                     )
            vs.                        )  No. CV 19-164 DSF-JC
 9                                     )
     GOLDWATER BANK, N.A.,             )
10                                     )
                     Defendant.        )
11   _____)

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16                 Los Angeles, California

17            Monday, July 29, 2019, 1:16 A.M.

18

19                   Scheduling Conference

20

21                         PAT CUNEO CSR 1600, CRR-CM
                           Official Reporter
22                         First Street Courthouse
                           350 W. First Street
23                         Room 4311
                           Los Angeles, California 90012-4565
24                         213-894-1782
                           patcuneo1600@gmail.com
25                         www.patcuneo.com
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:    LAW OFFICE OF JON FOUGNER, ESQ.
                           BY:  JON FOUGNER, ESQ.
 3                              ATTORNEY AT LAW
                           600 California Street
 4                         11th Floor
                           San Francisco, California  94108
 5                         415-577-5829
                           jon@fougnerlaw.com
 6

 7   FOR THE DEFENDANT:    IVIE, McNEILL & WYATT
                           BY:  JACK ALTURA, ATTORNEY AT LAW
 8                         444 South Flower Street
                           18th Floor, Suite 1800
 9                         Los Angeles, California  90071
                           213-489-0028
10                         jaltura@imwlaw.com
                                      -and-
11                         WAGNER HICKS PLLC
                           BY:  SEAN C. WAGNER, ATTORNEY AT LAW
12                         831 E. Morehead Street
                           Suite 650
13                         Charlotte, North Carolina  28202
                           704-705-7358
14                         sean.wagner@wagnerhicks.law

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   LOS ANGELES, CALIFORNIA; MONDAY, JULY 29, 2019; 1:16 P.M.
 2                            -oOo-
 3           THE CLERK:  Case No. CV 19 164 DSF,
 4   Terry Fabricant vs. Goldwater Bank, N.A.
 5           MR. FOUGNER:  Good afternoon, Your Honor.
 6   Jon Fougner for plaintiff Terry Fabricant.
 7           MR. ALTURA:  Good afternoon, Your Honor.
 8   Jack Altura, local counsel for defendant Goldwater Bank.
 9           MR. WAGNER:  And good afternoon, Your Honor.
10   Sean Wagner on behalf of Goldwater Bank.
11           THE COURT:  Good afternoon.  Sorry for the delay.
12   I'm sure you'll run back and call the Senators.
13           MR. WAGNER:  Yes, Your Honor, of course.
14                         (Laughter.)
15           THE COURT:  So why couldn't you agree on dates?
16   We don't have a third party defendant anymore; right?
17           MR. WAGNER:  Correct, Your Honor.
18           THE COURT:  Okay.  So plaintiff wants May 11 and
19   defendant wants July 28?
20           MR. ALTURA:  Judge, I think that's all right.
21   Before we get started on that, we wanted to make an
22   announcement to the Court.
23           I think we spoke earlier prior to the hearing and
24   the plaintiffs had indicated that they might or were highly
25   likely to appeal the recent order striking the class
```

```
 1   allegations.
 2            THE COURT:  But when they do, then I won't have
 3   jurisdiction anymore, I guess, so -- and then you need
 4   permission because that's an interlocutory order so for now
 5   I'll set the dates and I'll do what I always do is set the
 6   later dates because people always come in and ask for more
 7   time anyway.
 8            So July 28, 2020 for trial.
 9            June 29, 2020, for hearing on motions in limine
10   and pretrial conference.
11            MR. FOUGNER:  Your Honor, I'm sorry to interrupt;
12   but Your Honor said you would set the later date.  For trial
13   plaintiff's request is in 2021.
14            THE COURT:  Oh, I'm sorry.
15            Why do you need that much time?
16            MR. FOUGNER:  Because we anticipate approximately
17   nine months to notify the class, if the class claims are
18   reinstated by the Court of Appeals.
19            THE COURT:  Nine months.  Why?
20            MR. FOUGNER:  Based on my and my cocounsel's past
21   experience, the process of coming up with the notice plan,
22   the courts review the notice plan, sending notice out,
23   accepting opt-outs.
24            THE COURT:  Seems like an awfully long time.
25            MR. FOUGNER:  We agree that it's conservative,
```

1  Your Honor, but as Your Honor said --
2          THE COURT:  No, I didn't say it was conservative.
3  I said it was long, the opposite of conservative.
4          MR. FOUGNER:  My mistake, Your Honor.
5          THE COURT:  So why are you guys in a hurry?
6          MR. ALTURA:  Your Honor, it's our contention that
7  this is not a class action case so pushing it to 2021 we
8  feel like it's very excessive.
9          And I'm not sure as we sit here today it's
10 appropriate to consider class certification discovery and
11 notices when the class has been stricken.
12         THE COURT:  Well, I think, you know, I think
13 that's right; and if the Ninth Circuit wants to hear this
14 and disagrees with me, they have never had any hesitance in
15 telling me I was wrong.
16         And if they do, that then certainly the time frame
17 asked for by the plaintiff can be revisited.  So we'll go
18 with what I thought were the later dates.
19         July 28, 2020, which basically gives a year from
20 now.  That should be enough.  And lodge -- we don't need
21 that.
22         Pretrial conference and hearing on motions in
23 limine, June 29, 2020.
24         And lodge your pretrial conference order, agreed
25 set of jury instructions and verdict forms, and statement

```
 1   regarding disputed instructions, file oppositions to motions
 2   in limine by June 15, 2020.
 3           File the memo of contentions of fact and law,
 4   exhibit and witness list, status report regarding
 5   settlement, and motions in limine by June 8.
 6           Last date to conduct an ADR proceeding, May 4,
 7   2020.
 8           Last day for hearing motions, April 20.
 9           Nonexpert discovery cutoff, February 24.
10           Initial expert disclosure -- what kind of experts
11   do you get in these cases?
12           MR. FOUGNER:  Your Honor, we typically have two
13   types of experts, sometimes three.
14           The first is an expert on automatic dialing
15   systems, the second is an expert on the call logs
16   themselves, and the third is an expert on online lead
17   generation, if as it appears to be the case here, there are
18   purported online leads.
19           THE COURT:  What's that mean?
20           MR. FOUGNER:  In this case the defendant contends
21   that someone went onto a website and said:  Yes, you may
22   call me.
23           THE COURT:  Ah.
24           MR. FOUGNER:  And so we would typically retain an
25   expert who would do a forensic analysis on the web server
```

1  logs on that website and that sort of thing.
2          THE COURT:  Okay.
3          Last date to amend pleadings or add parties,
4  August 26, 2019.
5          And Ms. Fisher will send out an order with these
6  dates.  If any of them falls on the wrong day of the week,
7  which would just be the ones that require court appearances,
8  those need to be on Mondays.  She will change them.
9          And I don't know what the Ninth Circuit has to
10 say.  All you had to do is ask.  I never turn anybody down.
11 You decided to ignore the local rules so let's see if the
12 Ninth Circuit says it's okay.  If it does, then your class
13 will be reinstated.
14         MR. FOUGNER:  Your Honor, I don't want to speak
15 out of turn but is Your Honor inviting a response to the
16 Court's statement in that respect?
17         THE COURT:  No, I made my order.  The Ninth
18 Circuit, if they take your appeal, will tell me what to do.
19         MR. FOUGNER:  Thank you, Your Honor.
20         THE COURT:  You're welcome.
21         Anything else?
22         MR. WAGNER:  Judge, while we're here, I wanted to
23 bring up the issue of discovery in light of the changed
24 scope of the case.
25         Having stricken the class, it's our contention

```
 1   there is about 45,000 and 13,500 contention in this case;
 2   and we have discovery request, more than a hundred requests
 3   including subparts.
 4           THE COURT:  Well, that goes to the magistrate
 5   judge.
 6           MR. WAGNER:  Okay, Judge.  Just wanted to talk
 7   about --
 8           THE COURT:  Here we refer to the Court as "Your
 9   Honor" not "Judge."
10           MR. WAGNER:  My apologies, Your Honor.
11           THE COURT:  And our discovery is handled by our
12   magistrate judges.
13           MR. WAGNER:  Okay.  Thank you, Your Honor.
14           THE COURT:  You're welcome.
15           MR. FOUGNER:  Your Honor, I'm sorry to interrupt.
16           One more brief point.  During the break the
17   parties discussed staying the case while the Ninth Circuit
18   decides the appeal.  If the parties stipulate to that, would
19   the Court be amenable to a stay during the appeal?
20           THE COURT:  If he stipulates, it's fine with me.
21           MR. ALTURA:  Thank you, Your Honor.
22           MR. FOUGNER:  Your Honor, may I take up the issue
23   the last day to amend pleadings?
24           THE COURT:  Yes.
25           MR. FOUGNER:  Even if the absence of putative
```

```
 1  class claims, there's still plenty of work to do there.  We
 2  have yet to receive any discovery and so we would suggest
 3  that that be the one date that follows plaintiff's request
 4  notwithstanding the --
 5           THE COURT:  What are you asking for?
 6           MR. FOUGNER:  December 21st, 2019.
 7           THE COURT:  That's fine.
 8           All right.  Thank you.
 9           ALL COUNSEL:  Thank you, Your Honor.
10           (At 1:24 p.m. proceedings were concluded.)
11
12                          -oOo-
```

1 **CERTIFICATE**

2

3      I, PAT CUNEO, CSR 1600, hereby certify that

4 pursuant to Section 753, Title 28, United States Code, the

5 foregoing is a true and correct transcript of the

6 stenographically reported proceedings held in the

7 above-entitled matter and that the transcript page format is

8 in conformance with the regulations of the Judicial

9 Conference of the United States.

10

11 Date:  August 6, 2019

12

13

14

15

16                     /s/ PAT CUNEO                _

17                     PAT CUNEO, OFFICIAL REPORTER
                       CSR NO. 1600
18

19

20

21

22

23

24

25

**ALL COUNSEL: [1]**  9/9
**MR. ALTURA: [4]**  3/7 3/20 5/6 8/21
**MR. FOUGNER: [15]**
**MR. WAGNER: [7]**  3/9 3/13 3/17 7/22 8/6 8/10 8/13
**THE CLERK: [1]**  3/3
**THE COURT: [23]**

**-**
**-and [1]**  2/10
**-oOo [2]**  3/2 9/12

**/**
**/s [1]**  10/16

**0**
**0028 [1]**  2/9

**1**
**11 [1]**  3/18
**11th [1]**  2/4
**13,500 [1]**  8/1
**15 [1]**  6/2
**1600 [3]**  1/21 10/3 10/17
**164 [2]**  1/8 3/3
**1782 [1]**  1/24
**1800 [1]**  2/8
**18th [1]**  2/8
**19-164 [1]**  1/8
**1:16 [2]**  1/17 3/1
**1:24 [1]**  9/10

**2**
**20 [1]**  6/8
**2019 [5]**  1/17 3/1 7/4 9/6 10/11
**2020 [6]**  4/8 4/9 5/19 5/23 6/2 6/7
**2021 [2]**  4/13 5/7
**213-489-0028 [1]**  2/9
**213-894-1782 [1]**  1/24
**21st [1]**  9/6
**24 [1]**  6/9
**26 [1]**  7/4
**28 [4]**  3/19 4/8 5/19 10/4
**28202 [1]**  2/13
**29 [4]**  1/17 3/1 4/9 5/23

**3**
**350 [1]**  1/22

**4**
**415-577-5829 [1]**  2/5
**4311 [1]**  1/23
**444 [1]**  2/8
**45,000 [1]**  8/1
**4565 [1]**  1/23

**5**
**5829 [1]**  2/5

**6**
**600 [1]**  2/3
**650 [1]**  2/12

**7**
**704-705-7358 [1]**  2/13
**7358 [1]**  2/13
**753 [1]**  10/4

**8**
**831 [1]**  2/12

**9**
**90012-4565 [1]**  1/23
**90071 [1]**  2/9
**94108 [1]**  2/4

**A**
**A.M [1]**  1/17
**about [2]**  8/1 8/7
**above [1]**  10/7
**above-entitled [1]**  10/7
**absence [1]**  8/25
**accepting [1]**  4/23
**action [1]**  5/7
**add [1]**  7/3
**ADR [1]**  6/6
**afternoon [4]**  3/5 3/7 3/9 3/11
**agree [2]**  3/15 4/25
**agreed [1]**  5/24
**Ah [1]**  6/23
**all [3]**  3/20 7/10 9/8
**allegations [1]**  4/1
**ALTURA [2]**  2/7 3/8
**always [2]**  4/5 4/6
**amenable [1]**  8/19
**amend [2]**  7/3 8/23
**analysis [1]**  6/25
**Angeles [4]**  1/16 1/23 2/9 3/1
**announcement [1]**  3/22
**anticipate [1]**  4/16
**any [3]**  5/14 7/6 9/2
**anybody [1]**  7/10
**anymore [2]**  3/16 4/3
**Anything [1]**  7/21
**anyway [1]**  4/7
**apologies [1]**  8/10
**appeal [4]**  3/25 7/18 8/18 8/19
**Appeals [1]**  4/18
**appearances [2]**  2/1 7/7
**appears [1]**  6/17
**appropriate [1]**  5/10
**approximately [1]**  4/16
**April [1]**  6/8
**April 20 [1]**  6/8
**are [4]**  4/17 5/5 6/17 9/5
**as [4]**  5/1 5/9 6/17 8/8
**ask [2]**  4/6 7/10
**asked [1]**  5/17
**asking [1]**  9/5

**AT [4]**  2/3 2/7 2/11 9/10
**ATTORNEY [3]**  2/3 2/7 2/11
**August [2]**  7/4 10/11
**August 26 [1]**  7/4
**automatic [1]**  6/14
**awfully [1]**  4/24

**B**
**back [1]**  3/12
**BANK [4]**  1/9 3/4 3/8 3/10
**Based [1]**  4/20
**basically [1]**  5/19
**be [8]**  5/17 5/20 6/17 7/7 7/8 7/13 8/19 9/3
**because [3]**  4/4 4/6 4/16
**been [1]**  5/11
**Before [1]**  3/21
**behalf [1]**  3/10
**break [1]**  8/16
**brief [1]**  8/16
**bring [1]**  7/23
**but [4]**  4/2 4/12 5/1 7/15

**C**
**CALIFORNIA [7]**  1/2 1/16 1/23 2/3 2/4 2/9 3/1
**call [3]**  3/12 6/15 6/22
**can [1]**  5/17
**Carolina [1]**  2/13
**case [7]**  3/3 5/7 6/17 6/20 7/24 8/1 8/17
**cases [1]**  6/11
**CENTRAL [1]**  1/2
**certainly [1]**  5/16
**CERTIFICATE [1]**  9/14
**certification [1]**  5/10
**certify [1]**  10/3
**change [1]**  7/8
**changed [1]**  7/23
**Charlotte [1]**  2/13
**Circuit [5]**  5/13 7/9 7/12 7/18 8/17
**claims [2]**  4/17 9/1
**class [9]**  3/25 4/17 4/17 5/7 5/10 5/11 7/12 7/25 9/1
**CM [1]**  1/21
**cocounsel's [1]**  4/20
**Code [1]**  10/4
**come [1]**  4/6
**coming [1]**  4/21
**concluded [1]**  9/10
**conduct [1]**  6/6
**conference [5]**  1/19 4/10 5/22 5/24 10/9
**conformance [1]**  10/8
**conservative [3]**  4/25 5/2 5/3
**consider [1]**  5/10
**contends [1]**  6/20
**contention [3]**  5/6 7/25

8/1
**contentions [1]**  6/3
**correct [2]**  3/17 10/5
**couldn't [1]**  3/15
**counsel [2]**  2/1 3/8
**course [1]**  3/13
**court [6]**  1/1 3/22 4/18 7/7 8/8 8/19
**Court's [1]**  7/16
**Courthouse [1]**  1/22
**courts [1]**  4/22
**CRR [1]**  1/21
**CRR-CM [1]**  1/21
**CSR [3]**  1/21 10/3 10/17
**CUNEO [4]**  1/21 10/3 10/16 10/17
**cutoff [1]**  6/9
**CV [2]**  1/8 3/3
**CV 19 164 [1]**  3/3

**D**
**DALE [1]**  1/4
**date [5]**  4/12 6/6 7/3 9/3 10/11
**dates [5]**  3/15 4/5 4/6 5/18 7/6
**day [3]**  6/8 7/6 8/23
**December [1]**  9/6
**December 21st [1]**  9/6
**decided [1]**  7/11
**decides [1]**  8/18
**defendant [6]**  1/10 2/7 3/8 3/16 3/19 6/20
**delay [1]**  3/11
**dialing [1]**  6/14
**didn't [1]**  5/2
**disagrees [1]**  5/14
**disclosure [1]**  6/10
**discovery [6]**  5/10 6/9 7/23 8/2 8/11 9/2
**discussed [1]**  8/17
**disputed [1]**  6/1
**DISTRICT [2]**  1/1 1/2
**DIVISION [1]**  1/3
**do [10]**  4/2 4/5 4/5 4/15 5/16 6/11 6/25 7/10 7/18 9/1
**does [1]**  7/12
**don't [4]**  3/16 5/20 7/9 7/14
**down [1]**  7/10
**DSF [2]**  1/8 3/3
**DSF-JC [1]**  1/8
**during [2]**  8/16 8/19

**E**
**earlier [1]**  3/23
**else [1]**  7/21
**enough [1]**  5/20
**entitled [1]**  10/7
**ESQ [2]**  2/2 2/2
**Even [1]**  8/25
**excessive [1]**  5/8
**exhibit [1]**  6/4
**experience [1]**  4/21

**expert [5]**  6/10 6/14 6/15 6/16 6/25
**experts [2]**  6/10 6/13

**F**
**FABRICANT [3]**  1/6 3/4 3/6
**fact [1]**  6/3
**falls [1]**  7/6
**February [1]**  6/9
**February 24 [1]**  6/9
**feel [1]**  5/8
**file [2]**  6/1 6/3
**fine [2]**  8/20 9/7
**first [3]**  1/22 1/22 6/14
**FISCHER [1]**  1/4
**Fisher [1]**  7/5
**Floor [2]**  2/4 2/8
**Flower [1]**  2/8
**follows [1]**  9/3
**foregoing [1]**  10/5
**forensic [1]**  6/25
**format [1]**  10/7
**forms [1]**  5/25
**FOUGNER [3]**  2/2 2/2 3/6
**fougnerlaw.com [1]**  2/5
**frame [1]**  5/16
**Francisco [1]**  2/4

**G**
**generation [1]**  6/17
**get [2]**  3/21 6/11
**gives [1]**  5/19
**gmail.com [1]**  1/24
**go [1]**  5/17
**goes [1]**  8/4
**GOLDWATER [4]**  1/9 3/4 3/8 3/10
**good [4]**  3/5 3/7 3/9 3/11
**guess [1]**  4/3
**guys [1]**  5/5

**H**
**had [3]**  3/24 5/14 7/10
**handled [1]**  8/11
**has [2]**  5/11 7/9
**have [6]**  3/16 4/2 5/14 6/12 8/2 9/2
**Having [1]**  7/25
**he [1]**  8/20
**hear [1]**  5/13
**hearing [4]**  3/23 4/9 5/22 6/8
**held [1]**  10/6
**here [4]**  5/9 6/17 7/22 8/8
**hereby [1]**  10/3
**hesitance [1]**  5/14
**HICKS [1]**  2/11
**highly [1]**  3/24
**Honor [22]**
**HONORABLE [1]**  1/4
**hundred [1]**  8/2

| | | | | |
|---|---|---|---|---|
| **H** | 6/5 | **one [2]**  8/16 9/3 | **requests [1]**  8/2 | **sure [2]**  3/12 5/9 |
| **hurry [1]**  5/5 | **list [1]**  6/4 | **ones [1]**  7/7 | **require [1]**  7/7 | **systems [1]**  6/15 |
| | **local [2]**  3/8 7/11 | **online [2]**  6/16 6/18 | **respect [1]**  7/16 | |
| **I** | **lodge [2]**  5/20 5/24 | **onto [1]**  6/21 | **response [1]**  7/15 | **T** |
| **I'll [2]**  4/5 4/5 | **logs [2]**  6/15 7/1 | **oOo [2]**  3/2 9/12 | **retain [1]**  6/24 | **take [2]**  7/18 8/22 |
| **I'm [5]**  3/12 4/11 4/14 | **long [2]**  4/24 5/3 | **opposite [1]**  5/3 | **review [1]**  4/22 | **talk [1]**  8/6 |
| 5/9 8/15 | **Los [4]**  1/16 1/23 2/9 | **oppositions [1]**  6/1 | **revisited [1]**  5/17 | **tell [1]**  7/18 |
| **if [11]** | 2/20 | **opt [1]**  4/23 | **right [4]**  3/16 3/20 5/13 | **telling [1]**  5/15 |
| **ignore [1]**  7/11 | | **opt-outs [1]**  4/23 | 9/8 | **TERRY [3]**  1/6 3/4 3/6 |
| **imwlaw.com [1]**  2/10 | **M** | **or [2]**  3/24 7/3 | **Room [1]**  1/23 | **Terry Fabricant [2]**  3/4 |
| **including [1]**  8/3 | **made [1]**  7/17 | **order [5]**  3/25 4/4 5/24 | **rules [1]**  7/11 | 3/6 |
| **indicated [1]**  3/24 | **magistrate [2]**  8/4 8/12 | 7/5 7/17 | **run [1]**  3/12 | **than [1]**  8/2 |
| **Initial [1]**  6/10 | **make [1]**  3/21 | **our [4]**  5/6 7/25 8/11 | | **Thank [5]**  7/19 8/13 |
| **instructions [2]**  5/25 | **matter [1]**  10/7 | 8/11 | **S** | 8/21 9/8 9/9 |
| 6/1 | **may [4]**  3/18 6/6 6/21 | **out [3]**  4/22 7/5 7/15 | **said [4]**  4/12 5/1 5/3 | **that [21]** |
| **interlocutory [1]**  4/4 | 8/22 | **outs [1]**  4/23 | 6/21 | **that's [4]**  3/20 4/4 5/13 |
| **interrupt [2]**  4/11 8/15 | **May 11 [1]**  3/18 | | **San [1]**  2/4 | 9/7 |
| **inviting [1]**  7/15 | **May 4 [1]**  6/6 | **P** | **say [2]**  5/2 7/10 | **them [2]**  7/6 7/8 |
| **is [12]** | **McNEILL [1]**  2/7 | **p.m [2]**  3/1 9/10 | **says [1]**  7/12 | **themselves [1]**  6/16 |
| **issue [2]**  7/23 8/22 | **me [5]**  5/14 5/15 6/22 | **page [1]**  10/7 | **Scheduling [1]**  1/19 | **then [4]**  4/2 4/3 5/16 |
| **it [5]**  5/2 5/3 5/7 6/17 | 7/18 8/20 | **parties [3]**  7/3 8/17 | **scope [1]**  7/24 | 7/12 |
| 7/12 | **mean [1]**  6/19 | 8/18 | **SEAN [2]**  2/11 3/10 | **there [3]**  6/17 8/1 9/1 |
| **it's [7]**  4/25 5/6 5/8 5/9 | **memo [1]**  6/3 | **party [1]**  3/16 | **Sean Wagner [1]**  3/10 | **there's [1]**  9/1 |
| 7/12 7/25 8/20 | **might [1]**  3/24 | **past [1]**  4/20 | **sean.wagner [1]**  2/14 | **these [2]**  6/11 7/5 |
| **IVIE [1]**  2/7 | **mistake [1]**  5/4 | **PAT [4]**  1/21 10/3 | **second [1]**  6/15 | **they [5]**  3/24 4/2 5/14 |
| | **Monday [2]**  1/17 3/1 | 10/16 10/17 | **Section [1]**  10/4 | 5/16 7/18 |
| **J** | **Mondays [1]**  7/8 | **patcuneo1600 [1]**  1/24 | **see [1]**  7/11 | **thing [1]**  7/1 |
| **JACK [2]**  2/7 3/8 | **months [2]**  4/17 4/19 | **people [1]**  4/6 | **Seems [1]**  4/24 | **think [4]**  3/20 3/23 5/12 |
| **Jack Altura [1]**  3/8 | **more [3]**  4/6 8/2 8/16 | **permission [1]**  4/4 | **Senators [1]**  3/12 | 5/12 |
| **jaltura [1]**  2/10 | **Morehead [1]**  2/12 | **plaintiff [5]**  1/7 2/2 3/6 | **send [1]**  7/5 | **third [2]**  3/16 6/16 |
| **JC [1]**  1/8 | **motions [5]**  4/9 5/22 | 3/18 5/17 | **sending [1]**  4/22 | **this [4]**  5/7 5/13 6/20 |
| **jon [4]**  2/2 2/2 2/5 3/6 | 6/1 6/5 6/8 | **plaintiff's [2]**  4/13 9/3 | **server [1]**  6/25 | 8/1 |
| **judge [6]**  1/4 3/20 7/22 | **Ms. [1]**  7/5 | **plaintiffs [1]**  3/24 | **set [4]**  4/5 4/5 4/12 | **those [1]**  7/8 |
| 8/5 8/6 8/9 | **Ms. Fisher [1]**  7/5 | **plan [2]**  4/21 4/22 | 5/25 | **thought [1]**  5/18 |
| **judges [1]**  8/12 | **much [1]**  4/15 | **pleadings [2]**  7/3 8/23 | **settlement [1]**  6/5 | **three [1]**  6/13 |
| **Judicial [1]**  10/8 | **my [5]**  4/20 4/20 5/4 | **plenty [1]**  9/1 | **She [1]**  7/8 | **time [4]**  4/7 4/15 4/24 |
| **July [5]**  1/17 3/1 3/19 | 7/17 8/10 | **PLLC [1]**  2/11 | **should [1]**  5/20 | 5/16 |
| 4/8 5/19 | | **point [1]**  8/16 | **sit [1]**  5/9 | **Title [1]**  10/4 |
| **July 28 [3]**  3/19 4/8 | **N** | **PRESIDING [1]**  1/4 | **so [11]** | **today [1]**  5/9 |
| 5/19 | **N.A [2]**  1/9 3/4 | **pretrial [3]**  4/10 5/22 | **someone [1]**  6/21 | **transcript [3]**  1/14 10/5 |
| **June [4]**  4/9 5/23 6/2 | **need [4]**  4/3 4/15 5/20 | 5/24 | **sometimes [1]**  6/13 | 10/7 |
| 6/5 | 7/8 | **prior [1]**  3/23 | **sorry [4]**  3/11 4/11 4/14 | **trial [2]**  4/8 4/12 |
| **June 15 [1]**  6/2 | **never [2]**  5/14 7/10 | **proceeding [1]**  6/6 | 8/15 | **true [1]**  10/5 |
| **June 29 [2]**  4/9 5/23 | **nine [2]**  4/17 4/19 | **proceedings [3]**  1/14 | **sort [1]**  7/1 | **turn [2]**  7/10 7/15 |
| **June 8 [1]**  6/5 | **Ninth [5]**  5/13 7/9 7/12 | 9/10 10/6 | **South [1]**  2/8 | **two [1]**  6/12 |
| **jurisdiction [1]**  4/3 | 7/17 8/17 | **process [1]**  4/21 | **speak [1]**  7/14 | **types [1]**  6/13 |
| **jury [1]**  5/25 | **No [5]**  1/8 3/3 5/2 7/17 | **purported [1]**  6/18 | **spoke [1]**  3/23 | **typically [2]**  6/12 6/24 |
| **just [2]**  7/7 8/6 | 10/17 | **pursuant [1]**  10/4 | **started [1]**  3/21 | |
| | **Nonexpert [1]**  6/9 | **pushing [1]**  5/7 | **statement [2]**  5/25 7/16 | **U** |
| **K** | **North [1]**  2/13 | **putative [1]**  8/25 | **STATES [3]**  1/1 10/4 | **UNITED [3]**  1/1 10/4 |
| **kind [1]**  6/10 | **not [3]**  5/7 5/9 8/9 | | 10/9 | 10/9 |
| **know [2]**  5/12 7/9 | **notice [3]**  4/21 4/22 | **R** | **status [1]**  6/4 | **up [3]**  4/21 7/23 8/22 |
| | 4/22 | **receive [1]**  9/2 | **stay [1]**  8/19 | |
| **L** | **notices [1]**  5/11 | **recent [1]**  3/25 | **staying [1]**  8/17 | **V** |
| **last [4]**  6/6 6/8 7/3 8/23 | **notify [1]**  4/17 | **refer [1]**  8/8 | **stenographically [1]** | **verdict [1]**  5/25 |
| **later [3]**  4/6 4/12 5/18 | **notwithstanding [1]** | **regarding [2]**  6/1 6/4 | 10/6 | **very [1]**  5/8 |
| **Laughter [1]**  3/14 | 9/4 | **regulations [1]**  10/8 | **still [1]**  9/1 | |
| **law [5]**  2/2 2/3 2/7 2/11 | **now [2]**  4/4 5/20 | **reinstated [2]**  4/18 | **stipulate [1]**  8/18 | **W** |
| 6/3 | | 7/13 | **stipulates [1]**  8/20 | **WAGNER [3]**  2/11 2/11 |
| **lead [1]**  6/16 | **O** | **report [1]**  6/4 | **Street [5]**  1/22 1/22 2/3 | 3/10 |
| **leads [1]**  6/18 | **OFFICE [1]**  2/2 | **reported [1]**  10/6 | 2/8 2/12 | **wagnerhicks.law [1]** |
| **let's [1]**  7/11 | **Official [2]**  1/21 10/17 | **Reporter [2]**  1/21 | **stricken [2]**  5/11 7/25 | 2/14 |
| **light [1]**  7/23 | **Oh [1]**  4/14 | 10/17 | **striking [1]**  3/25 | **want [1]**  7/14 |
| **like [2]**  4/24 5/8 | **okay [5]**  3/18 7/2 7/12 | **REPORTER'S [1]**  1/14 | **subparts [1]**  8/3 | **wanted [3]**  3/21 7/22 |
| **likely [1]**  3/25 | 8/6 8/13 | **request [3]**  4/13 8/2 | **suggest [1]**  9/2 | 8/6 |
| **limine [4]**  4/9 5/23 6/2 | **on [13]** | 9/3 | **Suite [2]**  2/8 2/12 | **wants [3]**  3/18 3/19 |

**W**

**wants... [1]**  5/13
**was [3]**  5/2 5/3 5/15
**we [15]**
**we'll [1]**  5/17
**we're [1]**  7/22
**web [1]**  6/25
**website [2]**  6/21 7/1
**week [1]**  7/6
**welcome [2]**  7/20 8/14
**Well [2]**  5/12 8/4
**went [1]**  6/21
**were [3]**  3/24 5/18 9/10
**WESTERN [1]**  1/3
**what [6]**  4/5 5/18 6/10 7/9 7/18 9/5
**What's [1]**  6/19
**when [2]**  4/2 5/11
**which [2]**  5/19 7/7
**while [2]**  7/22 8/17
**who [1]**  6/25
**why [4]**  3/15 4/15 4/19 5/5
**will [4]**  7/5 7/8 7/13 7/18
**witness [1]**  6/4
**won't [1]**  4/2
**work [1]**  9/1
**would [6]**  4/12 6/24 6/25 7/7 8/18 9/2
**wrong [2]**  5/15 7/6
**www.patcuneo.com [1]**  1/25
**WYATT [1]**  2/7

**Y**

**year [1]**  5/19
**Yes [3]**  3/13 6/21 8/24
**yet [1]**  9/2
**you [16]**
**you'll [1]**  3/12
**You're [2]**  7/20 8/14
**your [25]**