Jon B. Fougner (State Bar No. 314097)
jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDWATER BANK, N.A. a/k/a "GOLDWATER BANK, N.A. INC." a/k/a "GOLDWATER BANK, N.A. INCORPORATED,"<br><br>Defendant. | Case No. 2:19-cv-00164-DSF-JC<br><br>**JOINT STATUS REPORT**<br><br>**Action Filed:** January 8, 2019<br><br>**Judge: Hon. Dale S. Fischer**<br><br>**Magistrate Judge: Hon. Jacqueline Chooljian** |

Pursuant to the Court's October 9, 2019 Order (Dkt. No. 66), the parties jointly submit the following status report:

1. On July 17, 2019, this Court granted Defendant Goldwater Bank's Motion to Strike Class Allegations. (Dkt. No. 49.)
2. On July 31, 2019, Plaintiff Terry Fabricant filed a petition to the Ninth Circuit for permission to appeal that order pursuant to Federal Rule of Civil Procedure 23(f). (Dkt. No. 55, Notice of filing Rule 23(f) petition for permission to appeal); *Fabricant v. Goldwater Bank, N.A.*, No. 19-80099 (9th Cir.).
3. While Plaintiff's petition was pending before the Ninth Circuit, on October 7, 2019, the Parties jointly filed a stipulation to stay the case and vacate all deadlines pending the outcome of Plaintiff's petition and appeal. (Dkt. No. 65).
4. On October 9, 2019, the Court granted the Parties' stipulation and directed the Parties to jointly file a status update every 120 days and no later than 2 weeks after each of the following events: (1) the Ninth Circuit's ruling on the petition; (2) the Ninth Circuit's ruling on any permitted appeal. (Dkt. No. 66).
5. Pursuant to the Court's October 9, 2019 Order, the Parties report that the Ninth Circuit issued an order granting Plaintiff's Petition for Permission to Appeal on October 24, 2019. (Dkt. No. 67).
6. The Ninth Circuit has assigned the appeal to docket number 19-56227. (Dkt. No. 68).
7. The Ninth Circuit has set a briefing schedule, with Plaintiff's principal brief due by February 3, 2020; Defendant's principal response brief due by March 3, 2020; and Plaintiff's reply brief due by March 24, 2020. (Time Schedule Order, Dkt. No. 68 at ECF 2).

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests its other signatories concur in its content and authorize its filing.

RESPECTFULLY SUBMITTED on October 31, 2019.

By:  s/ Jon Fougner
E-mail: Jon@FougnerLaw.com

Robert Stempler (State Bar No. 160299)
E-mail: socalconsumerlawyer@gmail.com
CONSUMER LAW OFFICE OF ROBERT STEMPLER, APC
8200 Wilshire Boulevard, Suite 200
Beverly Hills, California, 90211
Telephone: (323) 486-0102

Anthony I. Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
*Admitted Pro Hac Vice*

Andrew W. Heidarpour
E-mail: AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
*Admitted Pro Hac Vice*

***Attorneys for Plaintiff Terry Fabricant and the Proposed Class***

*s/* Sean C. Wagner
Sean C. Wagner
sean.wagner@wagnerhicks.law
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 650
Charlotte, NC 28202
Telephone: (704) 705-7358
*Admitted Pro Hac Vice*

Marie Maurice (S.B.N.: 258069**)**
mmaurice@imwlaw.com
Jack F. Altura (S.B.N.: 297314)
jaltura@imwlaw.com
IVIE, McNEILL & WYATT
444 S. Flower Street, Suite 1800
Los Angeles, CA  90017-2919
Tel: (213) 489-0028
Fax (213) 489-0552

***Attorneys for Defendant Goldwater Bank, N.A.***