Jon B. Fougner (State Bar No. 314097)
Email: jon@fougnerlaw.com
600 California Street, 11th Floor
San Francisco, California 94108
Telephone: (415) 577-5829
Facsimile: (206) 338-0783

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDWATER BANK, N.A. a/k/a "GOLDWATER BANK, N.A. INC." a/k/a "GOLDWATER BANK, N.A. INCORPORATED,"<br><br>Defendant. | Case No. 2:19-cv-00164-DSF-JC<br><br>**JOINT STATUS REPORT**<br><br>**Action Filed:** January 8, 2019<br><br>**Judge:** Hon. Dale S. Fischer<br><br>**Magistrate Judge:** Hon. Jacqueline Chooljian |

Pursuant to the Court's October 9, 2019 Order (Dkt. No. 66), the parties jointly submit the following status report:

1. Oral argument on Plaintiff's Rule 23(f) appeal is scheduled in the Ninth Circuit on July 9, 2020.

## SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests its other signatories concur in its content and authorize its filing.

RESPECTFULLY SUBMITTED,

By:   s/ Robert Stempler
E-mail: SoCalConsumerLawyer@Gmail.com

Robert Stempler (State Bar No. 160299)
Email: SoCalConsumerLawyer@Gmail.com
CONSUMER LAW OFFICE OF
ROBERT STEMPLER, APC
1255 West Colton Avenue, Suite 607
Redlands, California 92374-2861
Telephone: (909) 353-1700
Facsimile: (323) 488-6895

Anthony I. Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327
*Admitted Pro Hac Vice*

Andrew W. Heidarpour
E-mail: AHeidarpour@HLFirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Terry Fabricant and the Proposed Class*

s/ Sean C. Wagner
Sean C. Wagner
sean.wagner@wagnerhicks.law
WAGNER HICKS PLLC
831 E. Morehead Street, Suite 650
Charlotte, NC 28202
Telephone: (704) 705-7358
*Admitted Pro Hac Vice*

Marie Maurice (S.B.N.: 258069)
mmaurice@imwlaw.com
Jack F. Altura (S.B.N.: 297314)
jaltura@imwlaw.com
IVIE, McNEILL & WYATT
444 S. Flower Street, Suite 1800
Los Angeles, CA  90017-2919
Tel: (213) 489-0028
Fax (213) 489-0552

*Attorneys for Defendant Goldwater Bank, N.A.*