JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT,
    Plaintiff,

  v.

GOLDWATER BANK, N.A.,
    Defendant.

CV 19-164 DSF (JCx)

Order Dismissing Case

For good cause appearing, pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed in its entirety, with prejudice with respect Plaintiff's individual claims and without prejudice with respect to the putative class claims, without the assessment of costs or fees.

    IT IS SO ORDERED.

DATED: June 29, 2020

                                Honorable Dale S. Fischer
                                UNITED STATES DISTRICT JUDGE